## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| INVESTORS COMMERCIAL CAPITAL LLC, SERVICING AGENT FOR THE BANK, | : | No. 461 EAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNKNOWN HEIRS, DEVISEES, ETC. | : | |
| CLAIMING RIGHT, TITLE OR INTEREST | : | |
| FROM OR UNDER HENRY A. KOPACZ, | : | |
| DECEASED AS MORTGAGOR AND | : | |
| KOPACZ IRREVOCABLE FAMILY | : | |
| TRUST, AS REAL OWNER, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.